NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


AMERICAN PROPERTIES GROUP,          )
LLC, as trustee of the 7803 Berkshire   )
Pines Drive Land Trust,              )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D17-73
                                     )
U.S. BANK NATIONAL ASSOCIATION,      )
as trustee on behalf of the holders of   )
the Harborview Mortgage Loan Trust   )
2006-1 Mortgage Loan Pass-through    )
Certificates Series 2006-1,          )
                                     )
          Appellee.                  )
_____)

Opinion filed March 14, 2018.

Appeal from the Circuit Court for Collier
County; Hugh D. Hayes, Judge.

Jason J. Ricardo of Ricardo & Wasylik, PL,
Dade City, for Appellant.

Benjamin B. Brown of Quarles & Brady LLP,
Naples, for Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, BLACK, and SALARIO, JJ., Concur.